ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATIANA IAMPOLSKAIA, ET AL., | CASE NO. 2:25-CV-1789-TLN-CKD |
| Plaintiff, | ORDER FOR FIRST EXTENSION OF TIME |
| v. | |
| USCIS, ET AL., | |
| Defendants. | |

The new date for the defendants to file an answer or other dispositive pleading is October 28, 2025.

It is so ORDERED.

Dated: August 29, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE