ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATIANA IAMPOLSKAIA, ET AL., <br><br> Plaintiff, <br><br> v. <br><br> USCIS, ET AL., <br><br> Defendants. | CASE NO. 2:25-CV-1789-TLN-CKD <br><br> [~~PROPOSED~~] ORDER FOR CONTINUANCE OF RESPONSE DEADLINE IN LIGHT OF LAPSE OF APPROPRIATIONS |

Good cause being established, Defendants' motion for a continuance of the deadline to respond to Plaintiffs' complaint is granted. Defendants' response to the complaint is due no later than 29 days after Congress has restored appropriations to the Department of Justice.

IT IS SO ORDERED.

Dated: October 22, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

5, iamp.1789.25